No. 99–10156. DAWSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–10157. HARRIS v. GRAVES, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 99–10158. FINCHAM v. TRENT, WARDEN. Cir. Ct. Berkeley County, W. Va. Certiorari denied.

No. 99–10161. SMITH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–10162. RENDON v. SMALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–10163. RODRIGUEZ ET AL. v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–10165. YOUNG v. OHIO. Ct. App. Ohio, Belmont County. Certiorari denied.

No. 99–10166. ESTRADA-TORRES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–10167. TORRES, AKA BOYD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–10168. WHALEY v. PALMATEER, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 99–10169. THOMPSON v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 99–10170. NWENE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–10171. MARTIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–10172. McNEAL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–10173. MEDINA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.